The record before us does not contain any evidence to warrant such charge and it was properly refused by the court.

Finding no reversible error, the judgment of the trial court is affirmed.

The record is brought forward without bills of exception or statement of facts. The proceedings appear regular and nothing is presented for review by this Court.

The judgment of the trial court is affirmed.

## HOWARD v. STATE.
### No. 24986.

Court of Criminal Appeals of Texas.

Nov. 15, 1950.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle while under the influence of intoxicating liquor, with a penalty of thirty days in the County Jail and a fine of $100.00.

## STOCKWELL v. STATE.
### No. 24969.

Court of Criminal Appeals of Texas.

Nov. 15, 1950.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is robbery; the punishment, five years' confinement in the penitentiary.

Th record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

Opinion approved by the court.